IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DANA RHEA SABILE, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARKETSOURCE, INC. (MARYLAND),<br><br>Defendant. | Case No. 1:17-cv-05546-SCJ |

### ORDER APPROVING SETTLEMENT
### AND DISMISSING LAWSUIT WITH PREJUDICE

**THIS MATTER** is before the Court upon the Parties' Joint Motion for Approval of Settlement and Dismissal of the Lawsuit with Prejudice in the above-styled case. The Court, having considered the Joint Motion, having reviewed the Parties' Settlement Agreement, and being duly advised on all issues, it is therefore:

**ORDERED AND ADJUDGED** that said Joint Motion is hereby **GRANTED.** The Court finds that the terms of settlement are fair, reasonable, and just under the circumstances. Accordingly, the Court approves all of the terms of the Parties' Settlement Agreement, and dismisses the above-captioned action, in its entirety, as to all Parties, with prejudice, with all rights of appeal waived, and with

the Parties to bear their own costs, fees, and expenses, except as set forth in the Settlement Agreement with respect to the payment of attorney's' fees and costs.

**DONE AND ORDERED** in this  19th  day of    June        , 2018.

s/Steve C. Jones                              <br>
UNITED STATES DISTRICT JUDGE